### 10173, 10174. BIGGERS v. BANK OF RINGGOLD.

STEPHENS, J. There being no service of the bills of exceptions upon the defendant in error, or its counsel, and service not having been waived, this court is without jurisdiction to entertain these cases, and the writs of error are

Dismissed. *Broyles, P. J., and Bloodworth, J., concur.*

DECIDED MAY 7, 1919.

Affidavit of illegality; from Catoosa superior court—Judge Tarver. August 6, 1918.

*J. R. Johnston, Maddox, McCamy & Shumate,* for plaintiff in error.

*M. L. Harris,* contra.